1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | BARBARA J. VALLIERE (DCBN 439353)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7039

7 | FAX: (415) 436-7234
barbara.valliere@usdoj.gov

8

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 22-00372 SI |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING RESTITUTION |
| v. | ) |
| JONATHAN YET WING SOONG, | ) |
| Defendant. | ) |

The United States and the defendant, Jonathan Yet Wong Soong, through his attorney, hereby stipulate that page 7 of the Judgment in the above-captioned case should be amended to include the following information regarding the Name of the Payee:

> US Department of the Treasury
> Bureau of the Fiscal Service
> Attn: Zenia Jones
> PO Box 51318
> Philadelphia, PA 19115

IT IS SO STIPULATED.

STIPULATION REGARDING RESTITUTION
CR 22-00372 SI

1  DATED: May 12, 2023                          Respectfully submitted

2                                               ISMAIL J. RAMSEY
                                                United States Attorney
3

4                                               *Barbara J Valliere*
                                                BARBARA J. VALLIERE
5                                               Assistant United States Attorney

6

7                                                 /s/ *Hanni M. Fakhoury* (with permission)
                                                HANNI M. FAKHOURY
8                                               Counsel for Jonathan Soong

9  IT IS SO ORDERED.

10

11 Dated:                                       _____

12                                              SUSAN ILLSTON
                                                United States District Judge

13